IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MICHAEL L. LATTUCA, | : |
| Plaintiff, | : |
| v. | : |
| GENESIS ELECTRONICS, INC., a Foreign Corporation, GENESIS ELECTRONICS GROUP, INC., a Foreign Corporation, and RAYMOND PURDON, | : CIVIL ACTION FILE |
| Defendants, | : CASE NO.: 3:17-cv-400-J-25JBT |
| and | : |
| GRANDVIEW CAPITAL, L.L.C., a/k/a GRANDVIEW CAPITAL PARTNERS, LLC, a Foreign LLC, RAYMOND PURDON, individually, PHYHEALTH CORP., a Foreign Corporation, and INCA WORLDWIDE, INC. F/K/A QED CONNECT, INC, a Foreign Corporation, | : |
| Interpleader Defendants. | : |

FILED 2017 APR -7 AM 11: 23 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DISTRICT

**IMPLEADER DEFENDANT OSCEOLA GOLD, INC.'S NOTICE OF REMOVAL**

Impleader Defendant Osceola Gold, Inc., ("Osceola"), by and through its undersigned counsel, pursuant to 28 U.S.C. § 1446, hereby files with this Court a Notice of Removal of the above captioned matter from the Circuit Court, Seventh Judicial Circuit, in and for St. John's County, Florida, and, in support of the removal of this action, states as follows:

1. Osceola was served with a Notice to Appear, dated March 30, 2017, a copy of which is annexed hereto as Exhibit A.

1

2. Plaintiff in the underlying action filed the AMENDED MOTION FOR PROCEEDING SUPPLEMENTARY, TO IMPLEAD OSCEOLA GOLD, INC. F/K/A PHYHEALTH CORP, with exhibits, a copy of which is annexed hereto as Exhibit B.

3. Osceola removes this action on the basis of diversity jurisdiction, pursuant to 28 U.S.C. § 1441, as this is a civil action between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Plaintiff and Osceola are diverse in citizenship, as Plaintiff is a resident of the State of Florida and Osceola is incorporated in the State of Delaware.

5. Osceola timely removes this action within thirty (30) days of service, pursuant to 28 U.S.C. § 1446(b).

6. Removal to this Court is proper, pursuant to 28 U.S.C. 1441(a), as it encompasses the location of the State Court action.

7. Copies of all process, pleadings, and Orders served upon Osceola are being filed concurrently with this Notice of Removal, pursuant to 28 U.S.C. §1446(a).

8. Pursuant to 28 U.S.C. §1446(d), Osceola will promptly serve this Notice of Removal on Plaintiff's attorney.

9. Pursuant to 28 U.S.C. § 1446(d), Osceola will promptly file this Notice of Removal with the State Court.

10. Osceola has submitted the filing fee of $400.

WHEREFORE, Osceola requests that this Court accept the removal of this action from the State Court.

Respectfully submitted,

Joshua D. Brinen, Esq.

        Florida Bar Number 0048014
        Brinen & Associates, LLC
        7 Dey Street, Suite 1503
        New York, New York 10007
        (212) 330-8151 (Telephone)
        (227) 227-0201 (Fax)
        jbrinen@brinenlaw.com
        Attorneys for Impleader Defendant
        Osceola Gold, Inc.